IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00338-FL

| | |
|---|---|
| SUSIE DANIEL, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER FOR PAYMENT OF ATTORNEY<br>) FEES UNDER THE EQUAL ACCESS |
| NANCY A. BERRYHILL,<br>Commissioner of Social Security, | ) TO JUSTICE ACT<br>)<br>) |
| Defendant. | )<br>) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,531.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Angela R. Cinski, and mailed to her office at Roberti, Wicker, Lauffer & Cinski, PA, 100 East Parrish Street, Ste 200, Durham, NC 27701, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 8th day of November, 2018.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE